LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
Scott J. Goldstein (016472004)
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| In re | Case No. 20-22303 |
|---|---|
| LAWRENCE KALISH AND HOPE KALISH | Chapter 13 |
| Chapter 13 Debtors | Honorable John K. Sherwood |

| Marie-Ann Greenberg, Chapter 13 Trustee | Lawrence Kalish of 17 Felter Place, Lake Hopatcong, NJ 07849 and Hope Kalish | Office of the US Trustee 1085 Raymond Blvd, Ste 2100 Newark, NJ 07102 |
|---|---|---|
| All creditors | | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on the 22nd day of April, 2021, at 10:00 am, or as soon thereafter as counsel may be heard, the Debtor(s), by and through the undersigned attorneys, Scott J. Goldstein and Law Office of Scott J Goldstein LLC shall move before the Honorable Honorable John K. Sherwood, for the entry of an Order pursuant to 11 U.S.C. §363(f) approving the sale of the debtors' interest in certain real property free and clear of any liens.

The debtors have filed papers with the court to approve the sale of Hope Kalish's interest in real property located at 290 Changebridge Road, Pine Brook, New Jersey.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the requested relief, or if you want the court to consider your views on the motion, within seven (7) days of the scheduled hearing, you or your attorney must:

File with the court a written response in opposition to the motion explaining your position to:
Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
You must also mail a copy to:

| | |
|---|---|
| Scott J. Goldstein<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834 | Marie-Ann Greenberg, Chapter 13 Trustee<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ 07004 |

**IF YOU OPPOSE THE RELIEF REQUESTED, YOU SHOULD ATTEND THE SCHEDULED HEARING AT THE TIME AND DATE ABOVE AT:**
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**PLEASE TAKE FURTHER NOTICE**, that Oral Argument is not requested pursuant to D.N.J. LBR 9013-1(f) unless this motion is contested. Pursuant to D.N.J. LBR 9013-1(d) if you wish to oppose or contest the motion, you must file with the office of the Clerk of the Bankruptcy Court, responding papers stating, with particularity, the basis of your opposition to the within motion. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief

**PLEASE TAKE NOTICE** that, pursuant to D.N.J. LBR 9013-1(a)(4), a proposed order setting forth the relief requested is being filed contemporaneously herewith.

Dated:  3/23/2021                                LAW OFFICE OF SCOTT J GOLDSTEIN LLC

                                By:    /s/Scott J. Goldstein 016472004
                                       SCOTT J. GOLDSTEIN
                                       280 West Main Street
                                       Denville, NJ 07834
                                       Tel:  (973) 453-2838
                                       Fax:  (973) 453-2869
                                       sjg@sgoldsteinlaw.com
                                       *Attorneys for Debtor*